1  GEORGE E. SCHULMAN (State Bar No. 064572)
    *gschulman@dgdk.com*
2  ZEV SHECHTMAN (State Bar No. 266280)
    *zs@dgdk.com*
3  SONIA SINGH (State Bar No. 311080)
    *ssingh@dgdk.com*
4  DANNING, GILL, DIAMOND & KOLLITZ, LLP
    1900 Avenue of the Stars, 11th Floor
5  Los Angeles, California 90067-4402
    Telephone: (310) 277-0077
6  Facsimile: (310) 277-5735

7  Attorneys for Plaintiff Brad D. Krasnoff, Chapter
    7 Trustee

8

## UNITED STATES BANKRUPTCY COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## LOS ANGELES DIVISION

11

| | |
|---|---|
| In re | Case No. 2:17-bk-17975-BR |
| HADLEY COLLISION CENTER, INC., | Chapter 7 |
| Debtor. | |
| | |
| BRAD D. KRASNOFF, Chapter 7 Trustee, | Adv. No. |
| Plaintiff, | **TRUSTEE'S COMPLAINT FOR:** |
| vs. | **(1) AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS; AND** |
| F M G, INC., dba HADLEY TOW, a California corporation; and MARK HASSAN, an individual, | **(2) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS** |
| Defendants. | Date:    SEE SUMMONS<br>Time:    SEE SUMMONS<br>Place:    SEE SUMMONS |

23    Plaintiff Brad D. Krasnoff, solely in his capacity as the Chapter 7 trustee (the "Plaintiff" or

24  "Trustee") for the bankruptcy estate of Hadley Collision Center, Inc. (the "Debtor"), alleges as

25  follows:

26

27

28

1553753.1  1717975A                                    1

## JURISDICTION AND CASE BACKGROUND

1.     This Court has jurisdiction over this Adversary Proceeding (this "Action") pursuant to 28 U.S.C. §§ 157 and 1334. This Action is commenced pursuant to 11 U.S.C. §§ 105(a), 544, 548, and 550 as well as other applicable law. This Action is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (H). This Action arises in a case under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") entitled In re Hadley Collision Center, Inc., which has been assigned case number 2:17-bk-17975-BR (the "Bankruptcy Case") and is pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division (this "Court"). Plaintiff consents to the entry in this Action of final orders and judgment by this Court.

## THE PARTIES

2.     Plaintiff brings this Action solely in his capacity as the Chapter 7 trustee for the bankruptcy estate of Hadley Collision Center, Inc.

3.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor at all times relevant herein was and is a California corporation doing business in the County of Los Angeles.

4.     Plaintiff is informed and believes, and based thereon alleges, that Defendant F M G, Inc. dba Hadley Tow ("FMG") at all times relevant herein was and is a California corporation doing business in the County of Los Angeles.

5.     Plaintiff is informed and believes, and based thereon alleges, that Defendant Mark Hassan ("Hassan") at all times relevant herein was and is an individual residing or doing business in the County of Los Angeles.

## GENERAL ALLEGATIONS

6.     On or about June 29, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Brad D. Krasnoff thereafter accepted appointment as the Chapter 7 trustee for the Debtor's estate and continues to serve in that capacity for the benefit of the estate and its creditors.

7.      Plaintiff is informed and believes, and based thereon alleges, that the Debtor, at all relevant times, operated as an automotive collision repair business.

8.      Plaintiff is informed and believes, and based thereon alleges, that FMG, at all relevant times, operated as an automotive towing business.

9.      Plaintiff is informed and believes, and based thereon alleges, that, at all relevant times, Hassan was and is a shareholder, owner, and person in control of the Debtor and caused the Debtor to be incorporated on or about May 31, 2016.

10.     Plaintiff is informed and believes, and based thereon alleges, that at all relevant times, Hassan was an officer of the Debtor.

11.     Plaintiff is informed and believes, and based thereon alleges, that at all relevant times, Hassan was and is a shareholder, owner, and person in control of FMG.

12.     Plaintiff is informed and believes, and based thereon alleges, that at all relevant times, Hassan was an officer, director and agent for service of process of FMG.

13.     Plaintiff is informed and believes, and based thereon alleges, that at all relevant times, Hassan was the alter ego of FMG.

14.     Plaintiff is informed and believes, and based thereon alleges, that FMG and/or Hassan received and/or benefited from transfers from the Debtor within four years of the Petition Date (collectively, the "Subject Transfers"), including without limitation, the payments listed on Exhibit "1" attached hereto and fully incorporated by this reference in the aggregate amount of $1,177,639.01.

15.     Plaintiff is informed and believes, and based thereon alleges, that the Debtor was insolvent or became insolvent shortly after the Subject Transfers were made.

16.     Plaintiff is informed and believes, and based thereon alleges, that there are, and at all times relevant herein were, creditors of the Debtor holding unsecured claims that are allowable under 11 U.S.C. § 502 and not allowable only under 11 U.S.C. § 502(e), that could have avoided the Subject Transfers under California law.

///

///

## FIRST CLAIM FOR RELIEF

(For Avoidance and Recovery of Preferential Transfers)

17.    Plaintiff refers to and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 16, inclusive, hereof as though fully set forth herein.

18.    Plaintiff is informed and believes, and based thereon alleges, that the Subject Transfers transferred an interest of the Debtor in property to and/or for the benefit of FMG and/or Hassan.

19.    Plaintiff is informed and believes, and based thereon alleges, that the Debtor made the Subject Transfers to or for the benefit of FMG and/or Hassan as a creditor.

20.    Plaintiff is informed and believes, and based thereon alleges, that the Debtor made the Subject Transfers for or on account of an antecedent debt owed by the Debtor before the Subject Transfers were made, while the Debtor was insolvent.

21.    Plaintiff is informed and believes, and based thereon alleges, that a portion of the Subject Transfers occurred within one year prior to the Petition Date.

22.    Plaintiff is informed and believes, and based thereon alleges, that the Subject Transfers were made to and/or for the benefit of FMG and/or Hassan as an "insider" of the Debtor as that term is defined in 11 U.S.C. § 101(31).

23.    Plaintiff is informed and believes, and based thereon alleges, that the Subject Transfers enable FMG and/or Hassan to receive more than they would have received in the Debtor's bankruptcy case if the Subject Transfers had not been made.

24.    Pursuant to 11 U.S.C. § 547(b), Plaintiff is entitled to avoid the Subject Transfers made within one year of the Petition Date.

25.    Pursuant to 11 U.S.C. § 550, Plaintiff may recover damages from FMG and/or Hassan according to proof, and in no event less than the amount of the Subject Transfers made within one year of the Petition Date, plus interest thereon at the legal rate.

/ / /

/ / /

/ / /

## SECOND CLAIM FOR RELIEF

### (For Avoidance and Recovery of Fraudulent Transfers)

26. Plaintiff refers to and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 16, inclusive, hereof as though fully set forth herein.

27. Plaintiff is informed and believes, and based thereon alleges, that the Debtor made the Subject Transfers with the actual intent to hinder, delay, or defraud one or more of its creditors.

28. Pursuant to 11 U.S.C. §§ 544 and 548, California Civil Code § 3439.04(a)(1), and other applicable law, Plaintiff is entitled to avoid the Subject Transfers.

29. Pursuant to 11 U.S.C. § 550, Plaintiff may recover damages from FMG and/or Hassan according to proof, and in no event less than the amount of $1,177,639.0, plus interest thereon at the legal rate.

## THIRD CLAIM FOR RELIEF

### (For Avoidance and Recovery of Fraudulent Transfers)

30. Plaintiff refers to and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 16, inclusive, hereof as though fully set forth herein.

31. Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Subject Transfers.

32. Plaintiff is informed and believes, and based thereon alleges, that at the time of the Subject Transfers the Debtor was engaged, or was about to engage, in a business or a transaction for which any property remaining with the Debtor was an unreasonably small capital.

33. Pursuant to 11 U.S.C. §§ 544 and 548, California Civil Code § 3439.04(a)(2)(A), and other applicable law, Plaintiff is entitled to avoid the Subject Transfers.

34. Pursuant to 11 U.S.C. § 550, Plaintiff may recover damages from FMG and/or Hassan according to proof, and in no event less than the amount of $1,177,639.01, plus interest thereon at the legal rate.

/ / /

/ / /

## FOURTH CLAIM FOR RELIEF

### (For Avoidance and Recovery of Fraudulent Transfers)

35.    Plaintiff refers to and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 16, inclusive, hereof as though fully set forth herein.

36.    Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Subject Transfers.

37.    Plaintiff is informed and believes, and based thereon alleges, that at the time of the Subject Transfers the Debtor intended to incur, or believed or reasonably should have believed that the Debtor would incur, debts beyond the Debtor's ability to pay as such debts matured.

38.    Pursuant to 11 U.S.C. §§ 544 and 548, California Civil Code § 3439.04(a)(2)(B), and other applicable law, Plaintiff is entitled to avoid the Subject Transfers.

39.    Pursuant to 11 U.S.C. § 550, Plaintiff may recover damages from FMG and/or Hassan according to proof, and in no event less than the amount of $1,177,639.01, plus interest thereon at the legal rate.

## FIFTH CLAIM FOR RELIEF

### (For Avoidance and Recovery of Fraudulent Transfers)

40.    Plaintiff refers to and incorporates herein by this reference each and every allegation contained in paragraphs 1 through 16, inclusive, hereof as though fully set forth herein.

41.    Plaintiff is informed and believes, and based thereon alleges, that the Debtor received less than reasonably equivalent value in exchange for the Subject Transfers.

42.    Plaintiff is informed and believes, and based thereon alleges, that  at the time of the Subject Transfers the Debtor was insolvent or became insolvent as a result of the Subject Transfers.

43.    Pursuant to 11 U.S.C. §§ 544 and 548, California Civil Code § 3439.05, and other applicable law, Plaintiff is entitled to avoid the Subject Transfers.

44.    Pursuant to 11 U.S.C. § 550, Plaintiff may recover damages from FMG and/or Hassan according to proof, and in no event less than the amount of $1,177,639.01, plus interest thereon at the legal rate.

1      WHEREFORE, the Plaintiff prays for judgment as follows:

2      <u>ON EACH AND ALL OF THE CLAIMS FOR RELIEF:</u>

3      1.    For judgment in favor of the Plaintiff and against the Defendants avoiding the

4 Subject Transfers;

5      2.    That the Plaintiff recover damages according to proof and in no event less than the

6 amount of $1,177,639.01, plus interest thereon at the legal rate;

7      3.    For costs of suit incurred herein; and

8      4.    For such other and further relief as the Court deems just and proper.

10 DATED: June _28_, 2019           DANNING, GILL, DIAMOND & KOLLITZ, LLP

12              By: _____

13                  SONIA SINGH
                       Attorneys for Plaintiff Brad D. Krasnoff, Chapter 7
14                       Trustee

# EXHIBIT 1

| | |
|---|---|
| Petty Cash | $  458,091.42 |
| Mark Hassan | $  69,000.00 |
| Hadley Tow | $  354,420.86 |
| Home Equity Line of Credit | $  110,000.00 |
| Home Equity Line of Credit | $  85,100.00 |
| FMG | $  57,937.73 |
| FMG | $  43,089.00 |
| **Total** | **$1,177,639.01** |

EXHIBIT

### Transferee: Petty Cash

| Transaction Date | Disbursement |
|---|---|
| 07/01/13 | 1,150.00 |
| 07/03/13 | 1,938.00 |
| 07/05/13 | 1,236.00 |
| 07/05/13 | 1,264.00 |
| 07/16/13 | 1,267.00 |
| 07/18/13 | 1,287.46 |
| 07/18/13 | 1,050.00 |
| 07/22/13 | 1,272.00 |
| 07/22/13 | 1,426.22 |
| 07/23/13 | 712.00 |
| 07/25/13 | 1,972.00 |
| 07/26/13 | 1,112.00 |
| 07/31/13 | 1,850.00 |
| 08/02/13 | 1,642.00 |
| 08/05/13 | 985.00 |
| 08/06/13 | 1,350.00 |
| 08/06/13 | 1,568.10 |
| 08/08/13 | 1,688.00 |
| 08/08/13 | 1,175.00 |
| 08/08/13 | 166.00 |
| 08/09/13 | 717.00 |
| 08/12/13 | 1,668.00 |
| 08/13/13 | 1,164.48 |
| 08/14/13 | 667.00 |
| 08/19/13 | 1,632.00 |
| 08/19/13 | 1,775.00 |
| 08/20/13 | 1,183.00 |
| 08/21/13 | 1,226.00 |
| 09/03/13 | 1,257.00 |
| 09/03/13 | 1,472.00 |
| 09/05/13 | 1,398.11 |
| 09/05/13 | 1,500.00 |
| 09/06/13 | 1,987.00 |
| 09/06/13 | 400.00 |
| 09/09/13 | 1,632.00 |
| 09/09/13 | 1,675.00 |
| 09/13/13 | 1,250.00 |
| 09/19/13 | 1,281.00 |
| 09/19/13 | 1,475.00 |
| 09/20/13 | 926.25 |
| 09/20/13 | 1,477.00 |
| 09/23/13 | 1,672.00 |
| 09/25/13 | 1,185.00 |
| 09/27/13 | 1,750.00 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 09/27/13 | 659.00 |
| 09/27/13 | 1,243.00 |
| 09/30/13 | 1,675.00 |
| 10/02/13 | 1,140.00 |
| 10/03/13 | 1,550.00 |
| 10/07/13 | 987.00 |
| 10/07/13 | 1,167.00 |
| 10/10/13 | 865.00 |
| 10/16/13 | 1,250.00 |
| 10/17/13 | 1,282.22 |
| 10/17/13 | 1,675.00 |
| 10/17/13 | 1,350.00 |
| 10/17/13 | 775.00 |
| 10/21/13 | 1,246.00 |
| 10/21/13 | 1,312.00 |
| 10/21/13 | 1,650.00 |
| 10/23/13 | 1,125.00 |
| 10/28/13 | 587.00 |
| 10/28/13 | 1,148.00 |
| 10/29/13 | 1,577.00 |
| 10/30/13 | 875.00 |
| 10/30/13 | 983.00 |
| 10/31/13 | 1,292.00 |
| 11/04/13 | 1,098.00 |
| 11/04/13 | 1,273.00 |
| 11/05/13 | 1,072.10 |
| 11/05/13 | 1,250.00 |
| 11/06/13 | 1,144.96 |
| 11/06/13 | 1,225.00 |
| 11/06/13 | 737.00 |
| 11/08/13 | 1,685.00 |
| 11/13/13 | 723.00 |
| 11/13/13 | 1,225.00 |
| 11/18/13 | 925.00 |
| 11/18/13 | 1,145.20 |
| 11/20/13 | 1,172.00 |
| 11/20/13 | 1,725.00 |
| 11/21/13 | 1,043.11 |
| 11/22/13 | 1,925.00 |
| 11/27/13 | 698.00 |
| 11/27/13 | 1,176.10 |
| 11/29/13 | 1,225.00 |
| 11/29/13 | 1,375.00 |
| 11/29/13 | 1,150.00 |

Hadley Collision Detail - Excel.xlsx

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 11/29/13 | 270.00 |
| 12/02/13 | 412.00 |
| 12/02/13 | 1,092.12 |
| 12/03/13 | 2,000.00 |
| 12/05/13 | 1,250.00 |
| 12/05/13 | 1,412.01 |
| 12/05/13 | 1,750.00 |
| 12/09/13 | 1,475.00 |
| 12/09/13 | 1,225.00 |
| 12/09/13 | 462.00 |
| 12/10/13 | 1,475.00 |
| 12/11/13 | 1,625.00 |
| 12/12/13 | 1,550.00 |
| 12/12/13 | 329.00 |
| 12/13/13 | 1,275.00 |
| 12/17/13 | 1,625.00 |
| 12/19/13 | 1,275.00 |
| 12/19/13 | 1,750.00 |
| 12/20/13 | 1,800.00 |
| 12/20/13 | 1,500.00 |
| 12/23/13 | 1,675.00 |
| 12/24/13 | 1,375.00 |
| 12/24/13 | 656.00 |
| 12/26/13 | 1,150.00 |
| 12/30/13 | 1,050.00 |
| 12/30/13 | 1,210.00 |
| 01/06/14 | 1,725.00 |
| 01/06/14 | 1,800.00 |
| 01/07/14 | 1,999.00 |
| 01/09/14 | 1,425.00 |
| 01/13/14 | 1,075.00 |
| 01/13/14 | 2,650.00 |
| 01/13/14 | 1,900.00 |
| 01/16/14 | 1,081.00 |
| 01/17/14 | 1,475.00 |
| 01/17/14 | 1,800.00 |
| 01/17/14 | 1,625.00 |
| 01/17/14 | 342.00 |
| 01/21/14 | 1,067.00 |
| 01/21/14 | 1,450.00 |
| 01/27/14 | 1,650.00 |
| 01/27/14 | 1,550.00 |
| 01/29/14 | 1,400.00 |
| 02/03/14 | 1,655.00 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 02/05/14 | 1,610.00 |
| 02/06/14 | 1,250.00 |
| 02/06/14 | 1,500.00 |
| 02/10/14 | 1,175.00 |
| 02/10/14 | 1,525.00 |
| 02/11/14 | 1,650.00 |
| 02/12/14 | 1,175.00 |
| 02/12/14 | 1,525.00 |
| 02/13/14 | 1,415.00 |
| 02/14/14 | 1,075.00 |
| 02/14/14 | 1,575.00 |
| 02/18/14 | 1,075.00 |
| 02/18/14 | 1,475.00 |
| 02/20/14 | 1,065.00 |
| 02/20/14 | 1,247.00 |
| 02/21/14 | 1,225.00 |
| 02/21/14 | 481.00 |
| 02/24/14 | 1,150.00 |
| 03/03/14 | 1,670.00 |
| 03/05/14 | 1,250.00 |
| 03/05/14 | 1,750.00 |
| 03/06/14 | 1,800.00 |
| 03/06/14 | 1,600.00 |
| 03/11/14 | 1,550.00 |
| 03/14/14 | 1,675.00 |
| 03/17/14 | 1,275.00 |
| 03/17/14 | 1,620.00 |
| 03/18/14 | 1,475.00 |
| 03/18/14 | 750.00 |
| 03/19/14 | 1,215.00 |
| 03/20/14 | 1,500.00 |
| 03/24/14 | 1,425.00 |
| 03/24/14 | 1,250.00 |
| 03/27/14 | 1,725.00 |
| 03/31/14 | 1,650.00 |
| 04/03/14 | 1,675.00 |
| 04/07/14 | 1,250.00 |
| 04/07/14 | 1,500.00 |
| 04/07/14 | 1,575.00 |
| 04/07/14 | 1,675.00 |
| 04/08/14 | 1,975.00 |
| 04/08/14 | 1,348.00 |
| 04/09/14 | 1,028.00 |
| 04/14/14 | 1,447.00 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 04/14/14 | 1,482.00 |
| 04/14/14 | 1,575.00 |
| 04/18/14 | 1,175.50 |
| 04/18/14 | 1,525.00 |
| 04/18/14 | 1,750.00 |
| 04/21/14 | 1,250.00 |
| 04/22/14 | 1,157.01 |
| 04/24/14 | 1,125.00 |
| 04/24/14 | 1,550.00 |
| 04/24/14 | 1,670.00 |
| 04/29/14 | 1,720.20 |
| 05/02/14 | 1,650.00 |
| 05/05/14 | 1,250.00 |
| 05/05/14 | 1,423.10 |
| 05/07/14 | 1,670.00 |
| 05/09/14 | 1,095.00 |
| 05/12/14 | 1,745.00 |
| 05/15/14 | 1,675.00 |
| 05/15/14 | 342.00 |
| 05/16/14 | 1,650.00 |
| 05/19/14 | 1,170.00 |
| 05/19/14 | 1,250.00 |
| 05/20/14 | 1,250.00 |
| 05/20/14 | 1,424.00 |
| 05/22/14 | 1,117.00 |
| 06/02/14 | 1,670.00 |
| 06/05/14 | 1,367.00 |
| 06/05/14 | 1,416.10 |
| 06/06/14 | 1,250.00 |
| 06/11/14 | 1,550.00 |
| 06/16/14 | 1,850.00 |
| 06/18/14 | 1,270.00 |
| 06/19/14 | 1,475.00 |
| 06/20/14 | 1,422.00 |
| 06/20/14 | 1,500.00 |
| 06/25/14 | 775.00 |
| 06/25/14 | 2,000.00 |
| 06/25/14 | 947.00 |
| 06/27/14 | 1,272.00 |
| 06/27/14 | 1,475.00 |
| 07/02/14 | 1,410.00 |
| 07/03/14 | 1,250.00 |
| 07/03/14 | 1,412.20 |
| 07/08/14 | 1,486.22 |

Transferee: Petty Cash

| Transaction Date | Disbursement |
|---|---|
| 07/09/14 | 1,265.10 |
| 07/09/14 | 1,575.00 |
| 07/11/14 | 1,050.00 |
| 07/16/14 | 1,525.00 |
| 07/21/14 | 1,086.22 |
| 07/21/14 | 1,149.00 |
| 07/21/14 | 1,320.10 |
| 07/24/14 | 975.00 |
| 07/25/14 | 1,675.00 |
| 07/25/14 | 2,000.00 |
| 07/28/14 | 1,025.00 |
| 07/29/14 | 1,075.00 |
| 07/30/14 | 1,425.10 |
| 07/31/14 | 1,525.00 |
| 08/04/14 | 1,250.00 |
| 08/04/14 | 1,500.00 |
| 08/04/14 | 1,850.00 |
| 08/04/14 | 1,216.00 |
| 08/05/14 | 1,188.10 |
| 08/05/14 | 1,273.00 |
| 08/11/14 | 1,950.00 |
| 08/11/14 | 1,382.00 |
| 08/22/14 | 1,765.00 |
| 09/09/14 | 1,668.00 |
| 09/09/14 | 428.05 |
| 09/18/14 | 1,175.00 |
| 09/18/14 | 1,081.77 |
| 09/18/14 | 515.00 |
| 10/07/14 | 1,490.00 |
| 10/07/14 | 136.27 |
| 10/31/14 | 1,476.33 |
| 10/31/14 | 275.00 |
| 11/04/14 | 1,176.48 |
| 11/06/14 | 550.00 |
| 11/20/14 | 1,671.02 |
| 12/05/14 | 1,643.63 |
| 12/12/14 | 1,435.75 |
| 12/24/14 | 1,379.57 |
| 01/08/15 | 1,430.71 |
| 01/22/15 | 1,646.77 |
| 02/06/15 | 1,619.53 |
| 02/17/15 | 1,550.41 |
| 02/26/15 | 1,398.64 |
| 03/04/15 | 1,447.43 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 03/13/15 | 1,541.34 |
| 03/31/15 | 1,376.61 |
| 04/20/15 | 1,381.00 |
| 05/11/15 | 1,073.00 |
| 05/11/15 | 1,408.50 |
| 05/15/15 | 300.00 |
| 05/21/15 | 1,799.00 |
| 05/29/15 | 270.76 |
| 06/11/15 | 500.00 |
| 06/11/15 | 451.26 |
| 06/24/15 | 1,862.11 |
| 07/10/15 | 356.91 |
| 07/14/15 | 1,318.30 |
| 07/21/15 | 227.19 |
| 07/30/15 | 910.50 |
| 07/30/15 | 274.11 |
| 07/31/15 | 179.25 |
| 07/31/15 | 692.98 |
| 08/04/15 | 382.34 |
| 08/05/15 | 2,035.00 |
| 08/07/15 | 750.00 |
| 08/28/15 | 1,100.00 |
| 08/28/15 | 419.02 |
| 09/04/15 | 1,500.00 |
| 09/08/15 | 455.85 |
| 09/09/15 | 1,500.00 |
| 09/11/15 | 240.00 |
| 09/11/15 | 1,297.25 |
| 09/11/15 | 2,668.59 |
| 09/24/15 | 1,500.00 |
| 10/08/15 | 397.00 |
| 10/08/15 | 181.19 |
| 10/08/15 | 352.29 |
| 11/06/15 | 414.50 |
| 11/09/15 | 1,500.00 |
| 11/17/15 | 1,500.00 |
| 11/20/15 | 587.02 |
| 11/24/15 | 1,500.00 |
| 11/27/15 | 732.20 |
| 12/03/15 | 494.51 |
| 12/15/15 | 1,500.00 |
| 12/18/15 | 1,500.00 |
| 01/07/16 | 1,500.00 |
| 01/07/16 | 466.26 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 01/08/16 | 526.13 |
| 01/22/16 | 1,500.00 |
| 01/29/16 | 1,500.00 |
| 02/11/16 | 811.35 |
| 02/11/16 | 1,500.00 |
| 02/11/16 | 1,500.00 |
| 02/19/16 | 1,500.00 |
| 03/03/16 | 117.91 |
| 03/03/16 | 504.60 |
| 03/08/16 | 1,500.00 |
| 03/17/16 | 1,500.00 |
| 03/28/16 | 228.12 |
| 03/28/16 | 1,500.00 |
| 04/06/16 | 278.55 |
| 04/26/16 | 544.50 |
| 04/28/16 | 1,500.00 |
| 06/13/16 | 190.61 |
| 06/13/16 | 1,500.00 |
| 06/21/16 | 249.57 |
| 06/22/16 | 1,500.00 |
| 07/13/16 | 385.73 |
| 07/14/16 | 1,500.00 |
| 07/19/16 | 170.41 |
| 07/26/16 | 353.51 |
| 08/02/16 | 1,500.00 |
| 08/10/16 | 168.63 |
| 08/25/16 | 257.23 |
| 08/25/16 | 1,500.00 |
| 08/29/16 | 227.03 |
| 08/31/16 | 1,500.00 |
| 09/12/16 | 372.87 |
| 09/20/16 | 1,500.00 |
| 09/28/16 | 669.74 |
| 09/29/16 | 288.75 |
| 09/29/16 | 310.03 |
| 10/04/16 | 305.30 |
| 10/14/16 | 1,500.00 |
| 10/14/16 | 1,500.00 |
| 11/04/16 | 200.00 |
| 11/04/16 | 848.03 |
| 11/04/16 | 378.46 |
| 11/04/16 | 1,500.00 |
| 11/04/16 | 216.71 |
| 11/29/16 | 1,500.00 |

**Transferee: Petty Cash**

| Transaction Date | Disbursement |
|---|---|
| 11/30/16 | 1,068.41 |
| 12/06/16 | 1,500.00 |
| 12/23/16 | 1,700.00 |
| 12/23/16 | 1,036.99 |
| 12/28/16 | 1,500.00 |
| 01/11/17 | 373.12 |
| 01/19/17 | 1,500.00 |
| 02/21/17 | 629.14 |
| 02/21/17 | 1,500.00 |
| 03/13/17 | 203.21 |
| 03/16/17 | 248.16 |
| 03/16/17 | 180.13 |
| 03/20/17 | 1,500.00 |
| 03/29/17 | 1,500.00 |
| 03/29/17 | 195.44 |
| 04/13/17 | 652.24 |
| 04/13/17 | 1,500.00 |
| 04/18/17 | 1,500.00 |
| 05/02/17 | 1,500.00 |
| 05/10/17 | 435.01 |
| 05/30/17 | 1,500.00 |
| 06/01/17 | 1,500.00 |
| 06/09/17 | 1,500.00 |
| 06/13/17 | 572.21 |
| **Total** | **458,091.42** |

**Transferee: Mark Hassan**

| Transaction Date | Disbursement |
|---|---|
| 04/01/16 | 7,500.00 |
| 04/08/16 | 7,500.00 |
| 10/21/16 | 7,500.00 |
| 10/21/16 | 7,500.00 |
| 10/27/16 | 7,500.00 |
| 10/27/16 | 7,500.00 |
| 11/07/16 | 3,000.00 |
| 11/07/16 | 3,000.00 |
| 11/07/16 | 3,000.00 |
| 11/07/16 | 7,500.00 |
| 11/07/16 | 7,500.00 |
| | **69,000.00** |

Hadley Collision Detail - Excel.xlsx

### Transferee: Hadley Tow

| Transaction Date | Disbursement |
|---|---|
| 07/11/13 | 784.00 |
| 07/11/13 | 38,579.50 |
| 11/21/13 | 20,049.77 |
| 01/17/14 | 18,433.50 |
| 01/22/14 | 16,392.50 |
| 01/31/14 | 814.00 |
| 02/10/14 | 6,303.50 |
| 04/21/14 | 9,409.95 |
| 04/28/14 | 9,947.26 |
| 10/08/14 | 16,900.52 |
| 01/23/15 | 7,170.00 |
| 03/12/15 | 12,046.50 |
| 03/17/15 | 7,789.00 |
| 09/24/15 | 7,201.83 |
| 11/09/15 | 645.00 |
| 11/24/15 | 8,382.25 |
| 12/14/15 | 15,000.00 |
| 12/14/15 | 8,427.92 |
| 12/14/15 | 5,601.50 |
| 01/04/16 | 130.00 |
| 01/12/16 | 405.00 |
| 01/12/16 | 440.00 |
| 01/12/16 | 220.00 |
| 02/01/16 | 1,950.00 |
| 02/05/16 | 415.58 |
| 02/05/16 | 220.00 |
| 02/16/16 | 220.00 |
| 02/16/16 | 230.00 |
| 02/16/16 | 220.00 |
| 02/24/16 | 316.33 |
| 02/24/16 | 310.00 |
| 02/24/16 | 307.08 |
| 02/24/16 | 307.00 |
| 02/24/16 | 9,678.00 |
| 03/01/16 | 8,117.17 |
| 03/14/16 | 749.00 |
| 03/23/16 | 220.00 |
| 03/23/16 | 392.00 |
| 03/23/16 | 437.00 |
| 03/23/16 | 402.00 |
| 03/23/16 | 402.00 |
| 03/23/16 | 461.83 |
| 03/23/16 | 312.00 |
| 03/23/16 | 492.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
|---|---|
| 03/23/16 | 265.00 |
| 03/23/16 | 385.00 |
| 03/23/16 | 310.00 |
| 04/06/16 | 679.50 |
| 04/06/16 | 302.00 |
| 04/06/16 | 302.00 |
| 04/06/16 | 782.00 |
| 04/06/16 | 762.00 |
| 04/19/16 | 230.00 |
| 04/19/16 | 185.00 |
| 04/19/16 | 390.00 |
| 04/19/16 | 302.00 |
| 04/19/16 | 230.00 |
| 04/19/16 | 230.00 |
| 04/19/16 | 230.00 |
| 04/19/16 | 529.00 |
| 04/19/16 | 649.50 |
| 04/26/16 | 1,215.00 |
| 04/26/16 | 340.00 |
| 04/26/16 | 302.00 |
| 04/26/16 | 250.00 |
| 06/06/16 | 302.00 |
| 06/06/16 | 302.00 |
| 06/06/16 | 302.00 |
| 06/06/16 | 347.00 |
| 06/06/16 | 312.00 |
| 06/06/16 | 286.00 |
| 06/06/16 | 251.00 |
| 06/06/16 | 355.00 |
| 06/06/16 | 312.00 |
| 06/06/16 | 312.00 |
| 06/06/16 | 3,875.01 |
| 06/08/16 | 404.50 |
| 06/09/16 | 220.00 |
| 06/10/16 | 560.00 |
| 06/10/16 | 146.00 |
| 06/10/16 | 141.28 |
| 06/13/16 | 640.00 |
| 06/17/16 | 240.00 |
| 06/22/16 | 357.00 |
| 06/22/16 | 240.00 |
| 06/24/16 | 403.33 |
| 06/24/16 | 463.08 |
| 06/24/16 | 312.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
|---|---|
| 06/27/16 | 312.00 |
| 06/27/16 | 312.00 |
| 06/27/16 | 312.00 |
| 07/06/16 | 367.00 |
| 07/06/16 | 422.00 |
| 07/06/16 | 347.00 |
| 07/20/16 | 302.00 |
| 07/20/16 | 1,362.17 |
| 08/12/16 | 175.00 |
| 08/12/16 | 830.00 |
| 08/12/16 | 402.00 |
| 08/12/16 | 251.00 |
| 08/12/16 | 628.00 |
| 08/12/16 | 285.00 |
| 08/12/16 | 677.00 |
| 08/12/16 | 302.00 |
| 08/30/16 | 430.00 |
| 09/20/16 | 317.00 |
| 09/20/16 | 370.00 |
| 09/20/16 | 445.00 |
| 09/20/16 | 302.00 |
| 09/20/16 | 302.00 |
| 09/20/16 | 312.00 |
| 09/20/16 | 302.00 |
| 09/20/16 | 517.00 |
| 09/20/16 | 312.00 |
| 09/20/16 | 322.00 |
| 09/20/16 | 347.00 |
| 09/20/16 | 430.00 |
| 09/20/16 | 175.00 |
| 09/20/16 | 312.00 |
| 09/20/16 | 377.00 |
| 09/20/16 | 175.00 |
| 09/20/16 | 432.00 |
| 10/24/16 | 1,464.00 |
| 11/08/16 | 780.00 |
| 11/08/16 | 250.00 |
| 11/08/16 | 321.00 |
| 11/08/16 | 310.00 |
| 11/08/16 | 245.00 |
| 11/08/16 | 580.00 |
| 11/08/16 | 535.00 |
| 11/08/16 | 267.17 |
| 11/08/16 | 432.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
| --- | --- |
| 11/08/16 | 321.00 |
| 11/08/16 | 380.00 |
| 11/08/16 | 175.00 |
| 11/08/16 | 321.00 |
| 11/08/16 | 347.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 382.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 592.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 382.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 322.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 327.00 |
| 11/08/16 | 2,113.33 |
| 11/08/16 | 2,786.00 |
| 11/08/16 | 402.00 |
| 11/08/16 | 322.00 |
| 11/08/16 | 220.00 |
| 11/08/16 | 275.00 |
| 11/08/16 | 385.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 347.00 |
| 11/08/16 | 492.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 175.00 |
| 11/08/16 | 392.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 302.00 |
| 11/08/16 | 175.00 |
| 11/08/16 | 592.00 |
| 11/08/16 | 447.00 |
| 11/08/16 | 312.00 |
| 11/08/16 | 312.00 |
| 11/08/16 | 175.00 |
| 11/08/16 | 321.00 |
| 11/08/16 | 286.00 |
| 11/08/16 | 286.00 |
| 11/08/16 | 190.00 |
| 11/08/16 | 485.00 |
| 11/08/16 | 312.00 |
| 11/08/16 | 312.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
|---|---|
| 11/08/16 | 1,785.00 |
| 11/08/16 | 1,735.00 |
| 11/10/16 | 250.00 |
| 11/10/16 | 249.25 |
| 11/29/16 | 1,780.00 |
| 11/29/16 | 551.00 |
| 11/29/16 | 382.00 |
| 11/29/16 | 318.00 |
| 11/29/16 | 573.17 |
| 11/29/16 | 382.00 |
| 11/29/16 | 327.00 |
| 11/29/16 | 710.00 |
| 11/29/16 | 480.00 |
| 11/29/16 | 327.00 |
| 11/29/16 | 496.00 |
| 11/29/16 | 307.00 |
| 11/29/16 | 175.00 |
| 11/29/16 | 302.00 |
| 11/29/16 | 782.00 |
| 11/29/16 | 437.00 |
| 12/08/16 | 302.00 |
| 12/08/16 | 302.00 |
| 12/08/16 | 370.00 |
| 12/08/16 | 702.00 |
| 12/08/16 | 327.00 |
| 12/08/16 | 302.00 |
| 12/08/16 | 175.00 |
| 12/08/16 | 382.00 |
| 12/27/16 | 251.00 |
| 12/27/16 | 368.17 |
| 12/27/16 | 347.00 |
| 12/27/16 | 347.00 |
| 12/27/16 | 327.00 |
| 12/30/16 | 140.00 |
| 12/30/16 | 5,116.17 |
| 12/30/16 | 625.00 |
| 12/30/16 | 470.00 |
| 01/03/17 | 105.00 |
| 01/11/17 | 327.00 |
| 01/11/17 | 417.00 |
| 01/11/17 | 392.00 |
| 01/11/17 | 392.00 |
| 01/12/17 | 190.00 |
| 01/17/17 | 382.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
|---|---|
| 01/20/17 | 260.00 |
| 01/20/17 | 302.00 |
| 01/20/17 | 165.25 |
| 01/20/17 | 327.00 |
| 02/07/17 | 1,335.00 |
| 02/07/17 | 175.00 |
| 02/07/17 | 260.00 |
| 02/07/17 | 317.00 |
| 02/21/17 | 845.00 |
| 03/08/17 | 730.00 |
| 03/08/17 | 302.00 |
| 03/08/17 | 592.00 |
| 03/08/17 | 437.00 |
| 03/08/17 | 175.00 |
| 03/08/17 | 350.00 |
| 03/08/17 | 190.00 |
| 03/08/17 | 382.00 |
| 03/08/17 | 392.00 |
| 03/13/17 | 359.48 |
| 03/20/17 | 307.00 |
| 03/20/17 | 377.00 |
| 04/05/17 | 382.00 |
| 04/05/17 | 437.00 |
| 04/05/17 | 327.00 |
| 04/05/17 | 382.00 |
| 04/05/17 | 175.00 |
| 04/07/17 | 280.65 |
| 04/11/17 | 322.00 |
| 04/11/17 | 547.00 |
| 04/11/17 | 507.50 |
| 04/11/17 | 251.00 |
| 04/11/17 | 382.00 |
| 04/11/17 | 440.00 |
| 04/11/17 | 251.00 |
| 04/11/17 | 332.00 |
| 04/11/17 | 175.00 |
| 04/18/17 | 175.00 |
| 04/18/17 | 377.00 |
| 04/18/17 | 2,893.55 |
| 04/18/17 | 382.00 |
| 04/18/17 | 327.00 |
| 04/18/17 | 327.00 |
| 05/05/17 | 1,310.00 |
| 05/09/17 | 387.00 |

**Transferee: Hadley Tow**

| Transaction Date | Disbursement |
|---|---|
| 05/09/17 | 302.00 |
| 05/09/17 | 532.00 |
| 05/09/17 | 302.00 |
| 05/09/17 | 425.00 |
| 05/09/17 | 251.00 |
| 05/09/17 | 310.00 |
| 05/09/17 | 437.00 |
| 05/09/17 | 327.00 |
| 05/10/17 | 1,174.00 |
| 05/31/17 | 271.81 |
| 06/09/17 | 2,000.00 |
| 06/09/17 | 1,622.00 |
| 06/09/17 | 382.00 |
| 06/09/17 | 302.00 |
| 06/09/17 | 437.00 |
| 06/09/17 | 302.00 |
| 06/09/17 | 327.00 |
| 06/09/17 | 175.00 |
| 06/09/17 | 392.00 |
| 06/09/17 | 360.00 |
| 06/09/17 | 327.00 |
| 06/09/17 | 437.00 |
| 06/09/17 | 327.00 |
| 06/09/17 | 245.00 |
| 06/09/17 | 175.00 |
| 06/09/17 | 175.00 |
| 06/09/17 | 302.00 |
| 06/12/17 | 1,859.50 |
| 06/23/17 | 68.00 |
| **Total** | **354,420.86** |

**Transferee: HELOC**

| Transaction Date | Disbursement |
|---|---|
| 3/25/2015 | 50,000.00 |
| 5/28/2015 | 60,000.00 |
| **Total** | **110,000.00** |

**Transferee: HELOC**

| Transaction Date | Disbursement |
|---|---|
| 04/25/14 | 6,000.00 |
| 05/08/14 | 70,000.00 |
| 06/24/14 | 9,100.00 |
| | **85,100.00** |

**Transferee: FMG**

| Transaction Date | Disbursement |
|---|---|
| 02/09/15 | 5,500.00 |
| 06/10/15 | 22,487.32 |
| 12/30/15 | 15,049.58 |
| 12/31/15 | 14,900.83 |
| | **57,937.73** |

**Transferee: FMG**

| Transaction Date | Disbursement |
|---|---|
| 07/23/13 | 36,502.50 |
| 07/18/14 | 6,230.00 |
| 12/22/14 | 356.50 |
| | **43,089.00** |

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Brad D. Krasnoff, Chapter 7 Trustee<br>1900 Avenue of the Stars, 11th Floor<br>Los Angeles, CA 90067 | DEFENDANTS<br>F M G, Inc, dba HADLEY TOW, a California corporation;<br>and MARK HASSAN, an individual |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Danning, Gill, Diamond & Kollitz, LLP<br>1900 Avenue of the Stars, 11th Fl., LOS ANGELES, CA 90067<br>310-277-0077 | ATTORNEYS (If Known) |
| PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor        ☐ Other<br>☒ Trustee | PARTY (Check One Box Only)<br>☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor        ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
(1) AVOIDANCE AND RECOVERY OF PREFERENTIAL TRANSFERS; AND
(2) AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS

### NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☒1 12-Recovery of money/property - §547 preference
☒2 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation,
          actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
          (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court
          if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand  $ 1,177,639.01 |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>HADLEY COLLISION CENTER, INC. | BANKRUPTCY CASE NO.<br>2:17-bk-17075-BR | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL | DIVISION OFFICE<br>LOS ANGELES | NAME OF JUDGE<br>BARRY RUSSELL |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | |
| DATE<br>6/28/2019 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>SONIA SINGH | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.